PER CURIAM. Motion denied, upon payment of $10 costs. Appellants allowed to serve a proper undertaking, upon payment of an additional $10. Appellants allowed to serve notice of appeal upon Herman C. Weber and Emeline A. Weber upon payment of an additional $10.

WEBER, Respondent, v. CREAMER, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by John W. Weber against Charles Creamer. No opinion. Appeal dismissed, with costs.

WEBERLOWSKY, Appellant, v. RAPS, Respondent. (Supreme Court, Appellate Division, Second Department. November Term, 1901.) Action by Jacob H. Weberlowsky against Hirsch Raps. No opinion. Appeal dismissed, with costs. See 73 N. Y. Supp. 1150.

In re WELLS. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) In the matter of the application of Howland P. Wells for the appointment of a committee of the person and property of Eugene P. Clark, an alleged incompetent person. No opinion. Motion to strike from notice of appeal the words, "and all intermediate orders herein," granted, upon consent of counsel, without costs.

In re WELLS. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) In the matter of the application of Howland F. Wells for the appointment of a committee of the person and property of Eugene P. Clark, an alleged incompetent person. No opinion. Motion to dismiss appeal denied, without costs.

WELLS et al., Respondents, v. AKIN, Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1902.) Action by Frank Wells and Sarah E. Denton, as executors, etc., against George H. Akin. No opinion. Judgment affirmed, with costs.

WERBELOVSKY, Appellant, v. RAPS, Respondent. (Supreme Court, Appellate Division, Second Department. February 15, 1902.) Action by Jacob H. Werbelovsky against Hirsh Raps. No opinion. Judgment of the municipal court affirmed, with costs.

WHIPPLE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by William Whipple, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

WENK, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Theodore Wenk against the city of New York and others. No opinion. Interlocutory judgment affirmed, with costs, on the opinion of Mr. Justice GAYNOR in 73 N. Y. Supp. 1003.

WICKMAN, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by Hannah Wickman against John Bennett. No opinion. Judgment and orders affirmed, with costs. All concur, except McLENNAN and DAVY, JJ., dissenting on the ground that the verdict is against the weight of the evidence.

WILHELM, Appellant, v. TILLMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by Walter L. Wilhelm, by guardian ad litem, against Byron J. Tillman:

PER CURIAM. Judgment modified, by striking out that part which directs a reference, and, as so modified, affirmed, without costs of this appeal to either party. No accounting is demanded in the answer, and it can relate only to a few unimportant items, while a general adjustment between the parties seems to be inevitable.

WUNCH v. SHANKLAND. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Edward Wunch against David Shankland, as president of Typographical Union No. 9. No opinion. Motion denied, with $10 costs.

ZIESENESS, Respondent, v. NUSSBERGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Christian Zieseness against Mark Nussberger and another. No opinion. Appeal dismissed, with costs.

END OF CASES IN VOL. 75.

*